**Dismissed and Memorandum Opinion filed November 10, 2011.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-00491-CV**

_____

**MARLENE M. WITT, Appellant**

**V.**

**CITIBANK N.A., Appellee**

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 976595**

## MEMORANDUM  OPINION

This is an appeal from a judgment signed April 27, 2011.   The clerk's record was filed June 20, 2011.   No reporter's record or brief was filed.

On September 15, 2011, this court issued an order stating that unless appellant submitted a brief, together with a motion reasonably explaining why the brief was late, on or before October 13, 2011, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.   Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Brown, Boyce, and McCally.